IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL A. GUTIERREZ-JIMENEZ | * |
| Plaintiff | * |
| v. | * Civil No. 98-2179(SEC) |
| ZOE LABOY-ALVARADO, et. al. | * |
| Defendants | * |

**JUDGMENT**

Pursuant to this Court's order of even date, the above captioned case is hereby **DISMISSED WITH PREJUDICE.** Judgment is being entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22 day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge